■ DAVID J. ROMANO, SR., as Administrator of the Estate of DAVID J. ROMANO, JR., Deceased, Appellant, v DEAN L. BOICE et al., Respondents.—Appeal from an order of the Supreme Court (Brown, J.), entered June 13, 1988 in Saratoga County, which, *inter alia,* denied plaintiff's motion to vacate an order dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Loren N. Brown. Mahoney, P. J., Kane, Casey, Levine and Mercure, JJ., concur.